

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00282-CV

TAMIE MILLER                                                            APPELLANT

V.

PARKS AT SYCAMORE SCHOOL                                  APPELLEE
APARTMENTS

------------

## FROM COUNTY COURT AT LAW NO. 1 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1] AND JUDGMENT

------------

On February 2, 2013, we notified appellant that her brief had not been filed as required by Texas Rule of Appellate Procedure 38.6(a). *See* Tex. R. App. P. 38.6(a). We stated we could dismiss the appeal for want of prosecution unless appellant or any party desiring to continue this appeal filed with the court within

---

[1]*See* Tex. R. App. P. 47.4.

ten days a response showing grounds for continuing the appeal.  *See* Tex. R. App. P. 42.3.  We have not received any response.

Because appellant's brief has not been filed, we dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 38.8(a), 42.3(b), 43.2(f).


PER CURIAM

PANEL:  WALKER, MCCOY, and MEIER, JJ.

DELIVERED:  March 7, 2013